Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

November 5, 2026

***Via ECF***
Hon. Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Meghan Nichols v. Metropolitan Life Insurance Company***
**Case No. 1:26-cv-08613-MMG**

Dear Judge Garnett:

This office represents Defendant, Metropolitan Life Insurance Company ("Metropolitan") in the above-referenced matter. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Rule I.B(5), Metropolitan respectfully requests a thirty (30) day extension of time from November 9, 2026 to and including December 9, 2026 for Metropolitan to respond to Plaintiff's Complaint. Undersigned counsel requires additional time to investigate Plaintiff's claims, and to receive and review pertinent materials in order to advise Metropolitan and prepare an appropriate and accurate response to Plaintiff's Complaint. This is Metropolitan's first request for an extension of time to respond. Counsel for Plaintiff consents to the requested extension.

In addition, Metropolitan respectfully requests that the initial conference scheduled for December 1, 2026, be adjourned. Undersigned counsel seeks the adjournment because of conflicting pre-scheduled hearings. The parties have conferred and respectfully propose the following dates: December 8, 2026 or January 5, 2027. This is Metropolitan's first request to adjourn the initial conference, and Plaintiff's counsel consents to the requested adjournment. Additionally, the parties respectfully request that the initial conference be held via telephone.

For the foregoing reasons, Metropolitan respectfully requests that its deadline to answer, move, or otherwise respond to the Complaint be extended through December 9, 2026, and that the initial conference be rescheduled and held via telephone for a date convenient with the Court.

Thank you for the Court's consideration of these requests.

Respectfully Submitted,

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

GRANTED. Defendant's deadline to answer, move, or otherwise respond to the complaint is hereby EXTENDED to **December 9, 2026.** The Initial Pretrial Conference currently scheduled for December 1, 2026 is hereby ADJOURNED to **December 14, 2026 at 9:00 a.m.** The conference will be conducted via Microsoft Teams videoconference. The public one-touch dial-in for the conference audio is: +1 646-453-4442,,116187456#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference. The deadline for the parties to file the associated joint letter and proposed Case Management Plan is hereby EXTENDED to **December 7, 2026**. The Clerk of Court is respectfully instructed to terminate Dkt. No. 9.

SO ORDERED. Dated, November 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE